| | |
|---|---|
| 1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| | A Limited Liability Partnership |
| 2 | Including Professional Corporations |
| | GREGORY F. HURLEY, Cal. Bar No. 126791 |
| 3 | ghurley@sheppardmullin.com |
| | MICHAEL J. CHILLEEN, Cal. Bar No. 210704 |
| 4 | mchilleen@sheppardmullin.com |
| | 650 Town Center Drive, 10th Floor |
| 5 | Costa Mesa, California 92626-1993 |
| | Telephone: 714.513.5100 |
| 6 | Facsimile: 714.513.5130 |
| 7 | Attorneys for Defendants, |
| | RALPHS GROCERY COMPANY and |
| 8 | ALPHA BETA COMPANY |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Antonio Fernandez, | Case No. 2:20-cv-09281-PA-SK |
| | Honorable Percy Anderson |
| Plaintiff, | |
| v. | **DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION** |
| Ralphs Grocery Company, an Ohio Corporation; Alpha Beta Company, a California corporation | |
| Defendants. | |
| | **DATE:** June 28, 2021 |
| | **TIME:** 1:30 p.m. |
| | **CRTRM:** 9A |
| | |
| | Action Filed: October 9, 2020 |
| | Trial Date: None Set |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on June 28, 2021 at 1:30 p.m. in Courtroom 9A of the above-entitled Court located at the U.S. Courthouse, 350 West 1st Street, Los Angeles, California 90012, Defendants Ralphs Grocery Company and Alpha Beta Company ("Defendants") will, and hereby do, move the Court for summary judgment or, in the alternative, summary adjudication, against Rafael Arroyo, Jr.'s ("Plaintiff") Complaint.

This motion is made on the grounds that there is no genuine issue as to any material fact and that Defendants are entitled to judgment as a matter of law for the following reason: The elevator/wheelchair lift has been fixed and is currently working. Thus, Plaintiff's claim should be dismissed as moot.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, the Separate Statement of Uncontroverted Facts, the declarations and supporting exhibits of Michael J. Chilleen and Evette McKinney, the record and files herein, and such other evidence as may be admitted at the time of the hearing of the motion.

Dated: May 28, 2021

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By       */s/ Michael J. Chilleen*
GREGORY F. HURLEY
MICHAEL J. CHILLEEN
Attorneys for Defendants,
RALPHS GROCERY COMPANY and ALPHA BETA COMPANY