Jean M. Lawler
Lawler ADR Services, LLC
106 Standard Street
El Segundo, CA 90245  310-683-4332

CLEAR FORM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Antonio Fernandez

Plaintiff(s)

v.

Ralphs Grocery Company, et. al.

Defendant(s)

CASE NUMBER

2:20-cv-09281-PA-SK

**MEDIATION REPORT**

*Instructions: The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.*

1. ☒ A mediation was held on (date): June 2, 2021 .

    ☐ A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

    ☒ Appeared as required by L.R. 16-15.5(b).

    ☐ Did not appear as required by L.R. 16-15.5(b).

    ☐ Plaintiff or plaintiff's representative failed to appear.

    ☐ Defendant or defendant's representative failed to appear.

    ☐ Other:

3. Did the case settle?

    ☒ Yes, fully, on June 2, 2021 (date).

    ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*

    ☐ Yes, partially, and further facilitated discussions are **not** expected.

    ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*

    ☐ No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties?

Dated: June 13, 2021

*Jean M. Lawler*
Signature of Mediator

Jean M. Lawler
Name of Mediator (print)

*The Mediator must electronically file original document in CM/ECF using one of four choices under "Civil => Other Filings => ADR/Mediation Documents => Mediation Report (ADR-3)."*